April 4, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-02-00179-1-HG
**Appeal Number:** 04-10160
**Short Title:** USA v. Toledo

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 4 | | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 19 | | | | 0 | Certified Copy(ies) | | |
| **Exhibits in:** | 0 | Envelopes | | | 0 | Under Seal | | |
| | 0 | Boxes | | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | | 0 | Under Seal |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:** 16 sealed documents in one folder

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:  April 4, 2005

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 18 2006
DISTRICT OF HAWAII

To: United States Court of Appeals    Attn:  ( )  Civil
    For the Ninth Circuit
    Office of the Clerk                       (✓) Criminal
    95 Seventh Street
    San Francisco, California 94103           ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 02-00179-01-HG        Appeal No:    04-10160
Short Title:  USA vs. Toledo

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 19 | volumes  (✓) original  ( ) certified copy<br>5/1/02, 5/6/02, 9/6/02, 12/5/02, 12/6/02, 12/6/02, 12/6/02, 2/5/03, 2/5/03, 2/5/03, 3/7/03, 3/7/03, 3/7/03, 3/28/03, 3/28/03, 4/7/03, 4/7/03, 4/7/03, 2/23/04 |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #167, 168, 217, 243, 255, 260, 262, 271, 286, 289, 295, 296, 297, 299, 321, 322

SEALED    SEALED    FILED

Acknowledgment:  S. DNIS          Date:  APR 0 7 2005
                                         CATHY A. CATTERSON, CLERK
                                         U.S. COURT OF APPEALS

cc: all named counsel

SCANNED